ALBERT N. RIDGELY, Respondent, *v.* OSCAR B. BERGSTROM et al., Composing the Firm of BERGSTROM AND COMPANY, Appellants.

Reported below, 124 App. Div. 909.
(Submitted February 18, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered January 13, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

The motion was made on the ground that the exceptions were frivolous.

*I. R. Oeland* for motion.

*A. Livingston Norman* and *Oscar B. Bergstrom* opposed.

Motion denied, with ten dollars costs.